NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Michael S. Agruss, Esq. (SBN 259567)
Krohn & Moss, Ltd. 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
magruss@consumerlawcenter.com

ATTORNEYS FOR: Plaintiff, TIMOTHY BURNS

FILED
2009 AUG 31 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TIMOTHY BURNS | CASE NUMBER: CV09-06347 GHK (CTx) |
|---|---|
| Plaintiff(s), | |
| v. | |
| COLLECTCORP CORPORATION | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff, TIMOTHY BURNS (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| TIMOTHY BURNS | Plaintiff, Alleged Debtor |

8/27/09
Date

Sign _____
Michael S. Agruss, Esq.
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)