# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BURNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | CV 09-6347-GHK(CTx) |
| ) | |
| COLLECTION CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ORDER REGARDING CASE MANAGEMENT was sent via FIRST CLASS MAIL to:

CT Corporation System
Registered Agent for Collection Corporation
2394 E. Camelback Road
Phoenix, Arizona 85016

Dated:  September 8, 2009

/s/ Michael S. Arguss

Michael S. Arguss, Esq. (SBN 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
marguss@consumerlawcenter.com
Attorney for Plaintiff,
TIMOTHY BURNS