Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz
slevine@sessions-law.biz

Attorney for Collectcorp Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TIMOTHY BURNS,<br><br>        Plaintiff,<br><br>  vs.<br><br>COLLECTCORP CORPORATION,<br><br>        Defendant. | Case No. 09-CV-06347-GHK-CT<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff and Defendant, Collectcorp Corporation, anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days. The parties jointly request that

///

///

///

all pending dates and filing requirements be vacated and that the Court set a deadline on or after December 22, 2009, for filing dispositional documents.

Dated: 11/20/09  KROHN & MOSS, LTD.

/s/Michael Agruss
Michael Agruss
Attorney for Plaintiff
Timothy Burns

Dated: 11/20/09  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
Collectcorp Corporation