Michael S. Agruss, Esq. (SBN 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
TIMOTHY BURNS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| TIMOTHY BURNS ) | Case No.: CV09-06347 GHK (CTx) |
| Plaintiff, ) | |
| vs. ) | **VOLUNTARY DISMISSAL** |
| COLLECTCORP CORPORATION, ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, TIMOTHY BURNS, by and through his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, COLLECTCORP CORPORATION (Defendant), in this case.  Plaintiff request the court to retain jurisdiction for 30 days for settlement purposes.

Dated: December 30, 2009          KROHN & MOSS, LTD.

By:/s/ Michael S. Agruss

Michael S. Agruss

Attorney for Plaintiff,
TIMOTHY BURNS

- 1 -

Voluntary Dismissal